**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Hector VEGA-MARTINEZ,**
**Defendant-Appellant**

No. 16-3774

United States Court of Appeals,
Eighth Circuit.

Submitted: April 21, 2017

Filed: April 26, 2017

Daniel C. Tvedt, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Iowa, Cedar Rapids, IA, for Plaintiff-Appellee

Hector Vega-Martinez, Pro Se

Before RILEY, MURPHY, and SHEPHERD, Circuit Judges.

PER CURIAM.

Hector Vega-Martinez directly appeals after he pleaded guilty to identity-theft charges, and the district court[1] sentenced him to a within-Guidelines-range prison term and supervised release with special conditions. On appeal, Vega-Martinez's counsel has moved for leave to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the district court plainly erred in imposing an alcohol ban as a special condition of supervised release.

Upon careful review, we conclude that the imposition of the unobjected-to alcohol ban was not plain error. See United States v. Wisecarver, 644 F.3d 764, 775 (8th Cir. 2011) (standard of review). Furthermore, we have independently reviewed the record under Penson v. Ohio, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and have found no non-frivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw, and we affirm.

---

1. The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.